1 | Steven G. Sklaver (237612)
ssklaver@susmangodfrey.com
2 | SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, 14th Floor
3 | Los Angeles, California 90067
Telephone: (310) 789-3100
4 | Facsimile: (310) 789-3150

5 | Seth Ard (admitted *pro hac vice*)
sard@susmangodfrey.com
6 | Ryan Kirkpatrick (243824)
rkirkpatrick@susmangodfrey.com
7 | SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
8 | New York, New York 10019
Telephone: (212) 336-8330
9 | Facsimile: (212) 336-8340

10 | *Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOE S. YEARBY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN NATIONAL INSURANCE COMPANY,<br><br>Defendant. | Case No. 3:20-cv-09222-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE** |

**STIPULATION**

This Stipulation is made and entered into by and between Plaintiff Joe S. Yearby and Defendant American National Insurance Company. The parties through their respective counsel of record, agree and stipulate, as follows:

WHEREAS, on April 30, 2021, this action was referred to Private ADR and the Court set a deadline of 120 days for the parties to complete that process (ECF No. 37);

WHEREAS, on May 6, 2021, this Court established certain case deadlines predicated on the assumption that the parties' mediation would occur within the time set forth in its April 30 order (ECF No. 41);

WHEREAS, the mediator the parties initially selected ultimately was not a match for this action;

WHEREAS, on August 31, 2021, the parties agreed to extend the mediation and other deadlines, (ECF No. 58), and the Court granted the parties' stipulation (ECF No. 59);

WHEREAS, the parties subsequently scheduled a mediation to occur before Judge Vaughn R. Walker (Retired) on November 29, 2021;

WHEREAS, the parties required additional time to complete mediation-related discovery, and the Court extended the mediation deadline to February 28, 2022 (ECF No. 65);

WHEREAS, the parties mediated before Judge Vaughn R. Walker (Retired) on February 16, 2022, and did not reach a settlement;

WHEREAS, the parties have agreed upon new remaining case deadlines to account for the mediation-related discovery stay;

WHEREAS, the parties have agreed to vacate the current trial setting and pretrial conference, and deadlines for the close of fact discovery, close of expert discovery, and dispositive motions;

WHEREAS, the parties request that the Court conduct a second case management conference after ruling on Plaintiff's class certification motion, to establish further deadlines for discovery, additional experts if needed, dispositive motions, pretrial conference, and to set a trial date;

**IT IS HEREBY STIPULATED** by and between the undersigned counsel, that the following deadlines be modified as follows:

| Event | Current Deadline | New Deadline |
| --- | --- | --- |
| Response to Second Amended Complaint | October 13, 2021 | March 25, 2022 |
| Opposition to Response to Second Amended Complaint | N/A | 30 days after filing of Response to Second Amended Complaint |
| Plaintiff's Expert Designations, including report, for Class Certification | N/A | January 16, 2023 |
| Plaintiff's Motion for Class Certification | N/A | January 16, 2023 |
| Defendant's Designation of Experts in Opposition, including reports, for Class Certification | N/A | March 20, 2023 |
| Defendant's Opposition to Class Certification Motion | N/A | March 20, 2023 |
| Class Certification Reply and Plaintiff's Rebuttal Expert Reports | N/A | April 20, 2023 |
| Class Certification Hearing | N/A | May 11, 2023 at 1:30 PM |
| Close of Fact Discovery | October 14, 2022 | Vacated |
| Close of Expert Discovery | November 18, 2022 | Vacated |

| Event | Current Deadline | New Deadline |
|---|---|---|
| Dispositive Motions Deadline | December 19, 2022 | Vacated |
| Final Pretrial Conference | April 11, 2023 at 2:30 PM | Vacated |
| Jury Trial | May 8, 2023 at 8:30 AM | Vacated |

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated:  March 15, 2022

By: /s/ *Steven G. Sklaver*
Steven G. Sklaver
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, 14th Floor
Los Angeles, California 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
ssklaver@susmangodfrey.com

Seth Ard (admitted *pro hac vice*)
Ryan Kirkpatrick
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, New York 10019
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
sard@susmangodfrey.com
rkirkpatrick@susmangodfrey.com

Kevin Downs
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
kdowns@susmangodfrey.com
*Attorneys for Plaintiff*

|   |   |   |
|---|---|---|
| By: | */s/ Frank Busch* |
|   | FRANK BUSCH |
|   | Attorneys for Defendant |

James M. Wagstaffe (95535)
Michael von Loewenfeldt (178665)
Frank Busch (258288)
**WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK LLP**
100 Pine Street, Suite 725
San Francisco, CA 94111
Telephone: (415) 357-8900
Fax: (415) 357-8910

Janet Rushing (Pro Hac Vice)
Joseph R. Russo, Jr. (Pro Hac Vice)
**GREER, HERZ & ADAMS LLP**
2525 South Shore Blvd., Suite 203
League City, TX  77573

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: _____

_____
EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE